## Mosier v. Smith.

To sustain an action of disseisin the plaintiff must, as in ejectment, show a legal title; and such a title is not conveyed by a land office certificate.

*Thursday,*
*November 29.*

ERROR to the *Morgan* Circuit Court.

Blackford, J.—*Smith* brought an action of disseisin against *Mosier*. The declaration avers that the plaintiff below, on the 13th of *October*, 1830, purchased at the land office in *Crawfordsville*, a certain quarter section of land, and received a certificate for the same, signed by the receiver of the land office. It also avers that the defendant, previously to the plaintiff's purchase, had entered into possession of a part of the premises, without any right, and still continued in possession. There is a plea of not guilty, and judgment for the plaintiff.

This judgment must be reversed. The declaration contains no cause of action. To sustain an action of disseisin, the plaintiff is bound, as in ejectment, to show a legal title. A land office certificate conveys no legal title (1). It requires a patent, executed by the president of the *United States*, to convey the legal title for public land.

*Per Curiam.*—The judgment is reversed with costs. To be certified, &c.

Nov. Term, 1832.

*P. Sweetser*, for the plaintiff.

*C. Fletcher* and *H. Gregg*, for the defendant.

